UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBIN HATFIELD,**

    **Plaintiff,**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

Case No. 2:17-cv-76
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Elizabeth P. Deavers

## ORDER

On January 22, 2018, the Magistrate Judge issued a Report and Recommendation in this case recommending that the Plaintiff's statement of errors be overruled, and the Commissioner of Social Security's decision be affirmed. The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED**. The Plaintiff's Statement of Errors is **OVERRULED**, and the Commissioner of Social Security's decision is **AFFIRMED**. The Court hereby directs the Clerk to enter judgment in this case.

**IT IS SO ORDERED.**

2-23-2018
**DATE**

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT CHIEF JUDGE**